IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT EVANS,

     Plaintiff,                         No. CIV S-06-1821 GEB KJM

    vs.

STATE FARM,

     Defendant.                      <u>ORDER</u>

_____/

       Defendant's motion to compel came on regularly for hearing May 16, 2007. Ilija Cvetich appeared for plaintiff. Cherie Sutherland appeared for defendant. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

       1. The motion to compel is granted. Responses to interrogatories and responsive documents shall be produced, without objection, within ten days from the date of this order.

       2. Reasonable expenses are awarded to defendant in the amount of $1,435.00.

DATED: May 18, 2007.

                                                        _____
                                                          U.S. MAGISTRATE JUDGE

006
evans-statefarm.oah